UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| JOHN JONES, | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:14-CV-00114 |
| CITY OF FRANKLIN, TENNESSEE, MARC SWAIN, CARLOS CORDERO, JEFF CARSON, RYAN FRAZIER, NICK GRANDY, CORY KROEGER, DAVID JENKINS, WILLIAMSON MEDICAL CENTER, SHAWNA M. DANIEL, R.N., JON ANDREW RUSSELL, M.D., | ) JUDGE HAYNES |
| Defendants. | ) |

### DEFENDANTS' MOTION TO FILE THEIR RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME UNDER SEAL

Come now, Williamson Medical Center and Shawna M. Daniel, RN ("the Defendants"), and move to file a pleading under seal. Out of an abundance of caution, these Defendants request permission to file their Response to Plaintiff's Motion for Extension of Time, Doc. 79, under seal because it arguably contains Plaintiff's protected health information. These Defendants have complied with Administrative Order No. 167, §5.07, and filed the Response through ECF immediately after the filing of this motion. A redacted copy of the Response has also been filed. Plaintiff has been served, via e-mail, with an encrypted copy of the unredacted Response to his Motion.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

<u>**s/ J. Blake Carter**</u>
**Bryan Essary, #**
**J. Blake Carter, #30098**
315 Deaderick Street, Suite 1100
Nashville, TN 37238
(615) 254-0400
bryan@gideoncooper.com
blake@gideoncooper.com

*Attorneys for Williamson County Hospital District, d/b/a Williamson Medical Center, and Shawna M. Daniel, R.N.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been furnished, by electronic means via the Court's electronic filing system, this 20th day of July, 2015, to the following:

Jerry Gonzalez
Jerry Gonzalez, PLC
2441-Q Old Fort Parkway, No. 381
Murfreesboro, TN 37128

*Counsel for Plaintiff*

Robert Burns
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201

*Counsel for City of Franklin, Marc Swain, Carlos Cordero, Jeff Carson, Nick Grandy, Cory Kroeger and David Jenkins*

Edward Hadley
North, Pursell & Ramos, PLC
Bank of America Plaza
414 Union Street, Suite 1850
Nashville, TN 37219

*Counsel for Jon Andrew Russell, M.D.*

                                                  **s/ J. Blake Carter**