IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOHN JONES ) | |
| ) | |
| v. ) | Case No. 1:14-0114 |
| ) | Magistrate Judge Holmes |
| CITY OF FRANKLIN, TENNESSEE, et. al. ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the following is hereby **ORDERED**:

(1) Defendants Shawna Daniel and Williamson Medical Center's motion for summary judgment (Docket Entry No. 65) is **GRANTED**.

(2) Defendants Jeff Carson, Carlos Cordero, Ryan Frazier, Nick Grandy, David Jenkins, Cory Kroeger, Marc Swain, and the City of Franklin, Tennessee's motion for summary judgment (Docket Entry No. 68) is **GRANTED**.

(3) Defendant Jon Andrew Russell, M.D.'s motion for judgment on the pleadings (Docket Entry No. 75) is **GRANTED**.

(4) Plaintiff's action is **DISMISSED WITH PREJUDICE**.

The entry of this Order shall constitute the final judgment in this case.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge